*MARIGNY vs. INGRAHAM.*

APPEAL FROM THE COURT OF THE THIRD DISTRICT, THE JUDGE OF THE FOURTH PRESIDING.

*Martin, J.,* delivered the opinion of the court.

This case is perfectly similar to that of *Marigny vs. Stanley et al.,* just decided.

It is therefore ordered, adjudged, and decreed, that the appeal be dismissed with costs.